**PRESTIGE LEGAL SOLUTIONS, P.C.**
Armig Khoudanian (302307)
Hrag A. Alexanian (333430)
6420 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90048
Tel: (310) 758-1283
Fax: (310) 933-5821
E-mail: akhoudanian@plsfirm.com
E-mail: halexanian@plsfirm.com
E-mail: jaldana@plsfirm.com
E-mail: eservice@plsfirm.com
Attorneys for Plaintiff
RAMIRO FLORES

**WILSON TURNER KOSMO LLP**
ROBERT A. SHIELDS (206042)
ALEXI R. DOFT (325660)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: adoft@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| RAMIRO FLORES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-00910 FWS (DTBx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>State Ct. Complaint Filed: March 10, 2025<br><br>District Judge: Fred W. Slaughter<br><br>Magistrate Judge: David T. Bristow<br><br>Trial Date: August 25. 2026 |

**PLEASE TAKE NOTICE** that Plaintiff RAMIRO FLORES and Defendant FORD MOTOR COMPANY (the "Parties") jointly write to advise this Court that they have settled this matter in principle. The Parties request that the Court vacate any

upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Joint Motion for Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 to 90 days.

Based on the foregoing, the Parties respectfully request that the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: November 5, 2025      **Prestige Legal Solutions, P.C.**

By:   /s/ *Hrag Alexanian*
     Armig Khoudanian
     Hrag A. Alexanian
     Attorneys for Plaintiff
     RAMIRO FLORES

Dated: November 5, 2025      **WILSON TURNER KOSMO LLP**

By:   /s/ *Alexi R. Doft*
     ROBERT A. SHIELDS
     ALEXI R. DOFT
     Attorneys for Defendant
     FORD MOTOR COMPANY

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.1.2., I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

/s/ *Alexi R. Doft*
ALEXI R. DOFT

-2-   Case No. 5:25-cv-00910 FWS (DTBx)
JOINT NOTICE OF SETTLEMENT